**SO ORDERED: April 30, 2014.**



_____
**James K. Coachys
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT LEROY PYLES, | ) | Case No.: 13-10044-JKC-7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ROBERT LEROY PYLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No.: 14-50070 |
| | ) | |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER ON MOTION TO DISMISS

This matter came before the Court on Defendant's Motion to Dismiss.  The Court hereby sets forth the following scheduling Order with respect to the Motion:

Plaintiff shall have 14 days from the date of this Order in which to file a response;

Defendant shall have 7 days after service of the response brief in which to file a reply.

###